JOHN K. GALLAGHER, ESQ.
Nevada Bar No. 000956
GUILD, RUSSELL, GALLAGHER
& FULLER, LTD.
100 West Liberty, Suite 800
P.O. Box 2838
Reno, Nevada  89505
(775) 786-2366
(775) 322-9105 (Facsimile)
jgallagher@grgflaw.com

KATHERINE M. DUGDALE
(admitted *pro hac vice*)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399
KDugdale@perkinscoie.com

Attorneys for Plaintiff MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAPTOP & DESKTOP REPAIR LLC, a Nevada limited liability company a/k/a LAPTOPAID; and DAVID V. KRUCHIN, an individual,<br><br>　　　　　Defendants. | Case No.  3:13-cv-00501-RCJ-GWF<br><br>**STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER** |

WHEREAS plaintiff Microsoft Corporation, a Washington corporation ("Plaintiff") and defendants Laptop & Desktop Repair LLC, a Nevada limited liability company a/k/a Laptopaid, and David V. Kruchin, an individual, ("Defendants") hereby stipulate that Defendants along with

1

Defendants' directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

 (a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, Certificates of Authenticity, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

  (1) 1,200,236 ("MICROSOFT");
  (2) 1,256,083 ("MICROSOFT");
  (3) 1,872,264 ("WINDOWS");
  (4) 2,744,843 (COLORED FLAG DESIGN);
  (5) 2,999,281 (COLOR FOUR SQUARE LOGO);

or the software programs, components, EULAs, items or things protected by the following Certificate of Copyright Registration No.:

  (1) TX-6-508-905 ("Windows Vista");
  (2) TX 7-009-361 ("Windows 7 Starter")
  (3) TX 7-219-968 ("Office Starter 2010");
  (4) TX 7-218-085 ("Excel Starter 2010");
  (5) TX 7-206-498 ("Word Starter 2010");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

 (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, Certificate of Authenticity, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of

2

Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

  (c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, Certificate of Authenticity, EULA, item or thing not authorized or licensed by Microsoft;

  (d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, Certificate of Authenticity, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

  (e) engaging in any other activity constituting an infringing distribution of any Microsoft software, component, Certificate of Authenticity, EULA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any illegal dilution of Microsoft's name, reputation, or goodwill; and

  (f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO STIPULATED.**

Dated: May 21, 2014  LAPTOP & DESKTOP REPAIR LLC a Nevada limited liability company a/k/a LAPTOPAID

By: _David Krukin_

3

41826-5600.0085/LEGAL120966598.1

```
1  Dated: May 21, 2014          DAVID V. KRUCHIN

2                               David Kruchin
                                By:
3

4
   Dated: May __, 2014          MICROSOFT CORPORATION, a Washington corporation
5

6                               By:
7

8

9                                   ORDER

10    IT IS SO ORDERED.

11    Dated: This 6th day of June, 2014.

12

13

14
                                    Hon. Robert C. Jones
15                                  UNITED STATES DISTRICT COURT JUDGE

16

17
   Approved as to form:
18
   PERKINS COIE LLP                          ANGRES AND AXELROD, LTD.
19

20
   KATHERINE M. DUGDALE, ESQ.                ROBERT J. ANGRES, ESQ.
21 (admitted Pro Hac Vice)                   Nevada Bar No. 001979
   1888 Century Park East, St. 1700          2650 Friesian Ct.
22 Los Angeles, CA 90067                     Reno, Nevada 89521
   Telephone: (310) 788-3200                 Telephone: (775) 852-5244
23
24 Attorneys for Plaintiff,                  Attorney for Defendants,
   MICROSOFT CORPORATION                     LAPTOP & DESKTOP REPAIR, LLC
25                                           aka LAPTOPAID, and DAVID V.
                                             KRUCHIN
26
```

4

41826-5600.0085/LEGAL120966598.1